IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| JOHN DOE and JANE DOE, | § | CIVIL ACTION NO. 4:16-CV-01149 |
| --- | --- | --- |
| *Plaintiffs*, | § | ***SEALED*** |
| | § | |
| v. | § | The Honorable David Hittner |
| | § | |
| SAUL MATTHEW EISENBERG, | § | |
| | § | |
| *Defendant*. | § | |

United States Courts
Southern District of Texas
FILED

APR 12 2021

Nathan Ochsner, Clerk of Court

### PLAINTIFFS' OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

Plaintiffs John Doe and Jane Doe (collectively, "Plaintiffs") hereby submit their objections to Defendant's Exhibit List, as indicated in the "Object" column in the below table. By these objections, Plaintiffs do not intend to waive their right to further object to any exhibit introduced by Defendant, including any objections not specifically mentioned herein or any objections that may be made before, during, or after trial.

| DX No. | Description | Offer | Object | Date Admit | Date N/Admit |
| --- | --- | --- | --- | --- | --- |
| 50 | 4/3/2016 OFW Message re: Bridget Request to move to Oklahoma | | | 4/16/21 | |
| 51 | 2/7/2016 OFW Message re: Harassing Behavior During Pick Up | | | 4/16/21 | |
| 52 | Deposition of Mr. Wes Linnenbank | ✓ | FRE 801 | use for impeachment only | |
| 53 | 2/5/2016 Text messages between Saul and Leslie Hippensteel | ✓ | FRE 801 | W/D | subject to impeachment |
| 54 | 1/30/2016 Facebook messages between Leslie Hippensteel and Saul Eisenberg | ✓ | FRE 401 FRE 403 FRE 801 | W/D | |
| 55 | 3/06/2018 312th district family court transcript showing Bridget Spiegel claiming to reside in Houston, Texas | | FRE 401 FRE 608(b) | W/D | may be used in rebuttal |

1

| | | | | | |
|---|---|---|---|---|---|
| 56 | 2/15/2016 Email from ousleyjohn5@gmail.com to HCHS re: The Real John Ousley | | | 4/16/21 | |
| 57 | Family Court Bridget Spiegel Deposition | | | 4/16/21 | |
| 58 | 3/06/2018 Family Court Docket Sheet 312th District Court | | FRE 401 FRE 608 FRE 801 | W/D | may be used for rebuttal |
| 59 | 8/7/2018 Family Court Docket Sheet 312th District Court | | FRE 401 FRE 608 FRE 801 | W/D | may be used in rebuttal |
| 60 | Video Deposition of Ty Hepworth | | | 4/16/21 | |
| 61 | Deposition of Bridget Ousley | | | | |
| 62 | Deposition of John Ousley | | | | |
| 63 | February 2016 IP Address History | | | | |
| 64 | Stanley Eisenberg 2016 Toll History | | | | |
| 65 | Harris County Toll Road Authority Map | | | | |
| 66 | Google Map of Saul Eisenberg's Route to Linnenbank Office | | | | |
| 67 | Deposition of Dr. Stephen Livingston | | FRE 801 | W/D | |
| 68 | Deposition of Mr. Carey Faden | | FRE 801 | W/D | |
| 69 | Google - Certificate of Authenticity re: Copy of Records for OUSLEYJOHN5@GMAIL.COM | | | 4/16/21 | |
| 70 | Google Subscriber Information for OUSLEYJOHN5@GMAIL.COM | | | | |
| 71 | Email from Pornhub Legal re: Upload IP Dates and Addresses | | | | |
| 72 | Subpoena Response Letter from Windstream | | | | |
| 73 | 2/15/2016 Email from Mr. Wes Linnenbank to Ms. Susan Oehl re: Noah Eisenberg (PDF) | | | | |

2

| | | | | | |
|---|---|---|---|---|---|
| 74 | 2/15/2016 Email from Mr. Wes Linnenbank to Ms. Susan Oehl re: Noah Eisenberg (Email) | | | 4/16/21 | |
| 75 | 2/15/2016 Family Court Requests for Admissions (Word) | | | | |
| 76 | Metadata of 2/15/2016 of Family Court Requests for Admissions | | | | |
| 77 | 2/15/2016 Family Court Requests for Admissions (PDF) | | | | |
| 78 | Metadata of 2/15/2016 of Family Court Requests for Admissions | | | ✓ | |
| 79 | Family Court Saul Eisenberg Deposition | | FRE 801 | W/D | |
| 80 | Federal Court John and Bridget Ousley Answers to Defendants' Requests for Admission | | | 4/16/21 | |

Dated: April 12, 2021

Respectfully submitted,

**K&L GATES LLP**

*/s/ David A. Bateman*
David A. Bateman, Esq.
**K&L Gates LLP**
WA Bar No. 14262
*Pro Hac Vice* (December 18, 2018)
david.bateman@klgates.com
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 370-6682 Telephone
(206) 370-6013 Facsimile

-AND-

3

Hannah T. Warren
**K&L Gates LLP**
State Bar No. 24106525
Federal I.D. No. 3313920
hannah.warren@klgates.com
1000 Main, Suite 2550
Houston, Texas 77002
(713) 815-7300 Telephone
(713) 815-7301 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was hand filed with the Court and served via email to all counsel of record registered to receive a Notice of Electronic Filing for this case on the 12th day of April, 2021.

By: */s/ David A. Bateman*
David A. Bateman