# EXHIBIT 3

**K&L GATES**



# Andrew R. Knop

## Associate

Fort Worth Houston
+1.817.347.5294 +1.713.815.7311

Andrew.Knop@klgates.com

## OVERVIEW

Andrew Knop is an associate at the firm's Fort Worth and Houston office where he is a member of the oil, gas, and resources practice group. Andrew practices on various energy litigation matters, including eminent domain and upstream oil and gas litigation issues involving lease disputes and real property rights.

## PROFESSIONAL BACKGROUND

Prior to joining the firm Andrew served as a summer associate at the firm's Houston office where he worked on an oil and gas related case, assisted with preparation, and attended mediation to help obtain a settlement for client, and worked on research projects related to oil & gas leases and land purchases.

## PROFESSIONAL / CIVIC ACTIVITIES

- State Bar of Texas, Section on Oil, Gas, and Natural Resources Journal edits and review of articles for publication.
- Member of the Order of the Coif

## EDUCATION

- J.D., University of Houston Law Center, 2017 *(magna cum laude; graduated eighth in class; Order of the Coif)*
- B.A., University of Houston, 2013 *(magna cum laude)*

## ADMISSIONS

- Bar of District of Columbia
- Bar of Texas
- United States District Court for the Southern District of Texas

## NEWS & EVENTS

- 15 October 2020, K&L Gates Texas Associates, Paralegal Honored with KIND Pro Bono Awards (*Rankings & Recognitions, Practice & Regional News*)

## AREAS OF FOCUS

- Oil and Gas

## EMERGING ISSUES

- Hydrogen

## REPRESENTATIVE EXPERIENCE

- Eminent domain representation for a five-county Texas segment of an approximately 125-mile interstate transmission NGL pipeline from the Red River to facilities in Johnson County, Texas, including properties located in Montague, Wise, Parker, Hood and Johnson counties

- Eminent domain representation for a three-county segment of 20-mile NGL pipeline located in Midland, Reagan, Glasscock, and Upton counties

- Eminent domain representation for multi-county segments of 790-mile natural gas liquids ("NGL") pipeline from Permian Basin to fractionation and storage complex in Mont Belvieu, Texas (representative work includes Ward, Midland, Glasscock, Sterling, Mitchell, Nolan, Taylor, Callahan, Eastland, Erath, Somervell, Hood, and Johnson Counties)