United States District Court
Southern District of Texas
**ENTERED**
August 20, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN DOE AND JANE DOE, | § | |
| *Plaintiffs*, | § | CIVIL ACTION NO. 4:16-CV-01149 |
| vs. | § | |
| SAUL MATTHEW EISENBERG, | § | The Honorable David Hittner |
| *Defendant.* | § | |

## AMENDED FINAL JUDGMENT

As the jury has returned its verdict in favor of the Plaintiffs and the Court has ruled on Plaintiffs' Motion for Attorneys' Fees, the Court hereby **ORDERS** that final judgment be entered in favor of the Plaintiffs.

The Court further **ORDERS** that John Doe (John Ousley) is awarded $10,000.00 and Plaintiff Jane Doe (Bridget Ousley) is awarded $5,000.00.

The Court further **ORDERS** that Plaintiffs are awarded $103,182.90 in attorneys' fees.

This is a **FINAL JUDGMENT**.

Signed on this the ___20___ day of July, 2021, at Houston, Texas.

_____
JUDGE DAVID HITTNER
UNITED STATES DISTRICT JUDGE